**NOT DESIGNATED FOR PUBLICATION**

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1062

BYLES WELDING AND TRACTOR, INC.

VERSUS

JOHN CLIFTON CONINE

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TENTH JUDICIAL DISTRICT COURT,
PARISH OF NATCHITOCHES, NO. 73-367,
HONORABLE PEYTON CUNNINGHAM, JR., DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

JIMMIE C. PETERS
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, Michael G. Sullivan, and Glenn B. Gremillion, Judges.

**REVERSED AND REMANDED.**

Sera H. Russell, III
Attorney at Law
P. O. Box 53866
Lafayette, LA 70505
(337) 237-7171
COUNSEL FOR PLAINTIFF/APPELLANT:
    Byles Welding and Tractor, Inc.

Jack E. McElligott, Jr.
David A. Young
Davidson, Meaux, Sonnier & McElligott
P. O. Drawer 2908
Lafayette, LA 70502-2908
(337) 237-1660
COUNSEL FOR DEFENDANT/APPELLEE:
    John Clifton Conine